IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DAVID I. MARTIN**, | Civil Case No. 3:11-cv-00255-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **DR. S. SHELTON; DR. GARTH GULICK; S. HODGE; R.N. D. GRAF; UNKNOWN JANE/JOHN DOE**, | |
| Defendants. | |

    Foster A. Glass
    Attorney at Law
    339 SW Century Drive, Suite 201
    Bend, OR 97702

        Attorney for Plaintiff

Page 1 - JUDGMENT

        John R. Kroger
        Attorney General
        Michael R. Washington
        Senior Assistant Attorney General
        Andrew Hallman
        Assistant Attorney General
        Department of Justice
        1162 Court Street NE
        Salem, OR 97301-4096

            Attorneys for Defendants

KING, Judge:

    Based on the record, it is ORDERED AND ADJUDGED that this case is dismissed without prejudice.

    IT IS SO ORDERED.

    DATED this   23rd   day of August, 2011.


                                         /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge